UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOHN RICKART, | ) |
|     Plaintiff, | ) CASE NO. 4:23-CV-00338-LMC |
| vs. | ) |
| CASEY'S MARKETING COMPANY,<br>d/b/a CASEY'S GENERAL STORE, | ) |
|     Defendants. | ) |

## CLERK'S ORDER OF DISMISSAL

On October 9, 2023, Defendant filed a Joint Stipulation of Dismissal with Prejudice (doc. #20) in compliance with Rule 41(a)(1)(A)(ii), requesting dismissal with prejudice of the above captioned case. Therefore, it is

ORDERED that this case is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

                                                AT THE DIRECTION OF THE COURT
                                                PAIGE WYMORE-WYNN,
                                                Court Executive

                                                By:   /s/ Traci Chorny
                                                           Deputy Clerk

Date: October 10, 2023